WRIGHT, FINLAY & ZAK, LLP
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
srubin@wrightlegal.net
*Attorney for Secured Creditor, U.S. Bank National Association successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-E*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> DORON MASHAL AND <br> SHIRAH GOODMAN-MASHAL, <br><br> Debtors. | Case No.: 17-12731-abl <br> Chapter:   7 |

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

///

///

///

///

///

///

///

///

///

///

1  I request that all notices given in this case and all papers served or required to be served
2  in this case be given to and served upon the undersigned at the following address and telephone
3  number:

4       WRIGHT, FINLAY & ZAK, LLP
     7785 W. Sahara Ave., Ste. 200
5       Las Vegas, NV 89117
     (702) 475-7964
6

7

8  DATED this 11th day of July, 2017.
9             WRIGHT, FINLAY & ZAK, LLP
10

11             */s/ Stacy H. Rubin*
12             Stacy H. Rubin, Esq.
           Nevada Bar No. 9298
13             7785 W. Sahara Ave., Ste. 200
           Las Vegas, NV 89117
14             *Attorney for Secured Creditor, U.S. Bank National*
15             *Association successor in interest to Wachovia Bank,*
           *National Association, as Trustee for Banc of*
16             *America Funding Corporation Mortgage Pass-*
           *Through Certificates, Series 2005-E*
17

18

19

20

21

22

23

24

25

26

27

28

Page 2 of 2