**EXHIBIT "1"**

# PROPOSED ORDER

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
Email: kortiz@nelsonhoumand.com
NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Victoria L. Nelson, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-17-12731-ABL<br>Chapter 7 |
|---|---|
| DORON MASHAL and SHIRAH GOODMAN-MASHAL,<br><br>Debtors. | **[PROPOSED] ORDER GRANTING MOTION TO APPROVE SALE OF THE REAL PROPERTY LOCATED AT 10710 HOBBITON AVENUE, LAS VEGAS, NEVADA 89144-0000 [APN 164-12-213-019] PURSUANT TO 11 U.S.C. § 363**<br><br>Date of Hearing:    October 12, 2017<br>Time of Hearing:    11:00 a.m.<br>Place: Courtroom No. 1, Third Floor<br>        Foley Federal Building<br>        300 Las Vegas Blvd., S.<br>        Las Vegas, NV 89101<br><br>Judge: Honorable August B. Landis[1] |

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

-1-

NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

1  This matter came before the Court on the *Motion to Approve Sale of the Real Property
2  Located At 10710 Hobbiton Avenue, Las Vegas, Nevada 89144-0000 [APN 164-12-213-019]
3  Pursuant to 11 U.S.C. § 363* [ECF No. __] (the "Motion") filed by VICTORIA L. NELSON, the
4  Chapter 7 Trustee appointed in the above-captioned bankruptcy case (the "Trustee"), by and
5  through her counsel of record, Jacob L. Houmand, Esq. and Kyle J. Ortiz, Esq. of the law firm of
6  Nelson & Houmand, P.C.  The Motion sought to approve the sale of real property located at
7  10710 Hobbiton Avenue, Las Vegas, Nevada 89144-0000 [APN 164-12-213-019] (the "Hobbiton
8  Property") to Red Rock Region Investments, LLC (the "Purchaser").  The Motion was filed
9  pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) and Federal Rules of Bankruptcy Procedure
10 2002(c) and 6004 and Local Rule 9014(a)(a).[2]

11 All appearances were noted on the record.  No objections were filed to the Motion.

12 The Court reviewed the Motion, the *Declaration of Victoria L. Nelson In Support of
13 Motion to Approve Sale of the Real Property Located At 10710 Hobbiton Avenue, Las Vegas,
14 Nevada 89144-0000 [APN 164-12-213-019] Pursuant to 11 U.S.C. § 363* [ECF No. __], the
15 *Declaration of Maureen Robison In Support of Motion to Approve Sale of the Real Property
16 Located At 10710 Hobbiton Avenue, Las Vegas, Nevada 89144-0000 [APN 164-12-213-019]
17 Pursuant to 11 U.S.C. § 363* [ECF No. __], the *Notice of Hearing On Motion to Approve Sale of
18 the Real Property Located At 10710 Hobbiton Avenue, Las Vegas, Nevada 89144-0000 [APN
19 164-12-213-019] Pursuant to 11 U.S.C. § 363* [ECF No. __], the *Certificate of Service of Motion
20 to Approve Sale of the Real Property Located At 10710 Hobbiton Avenue, Las Vegas, Nevada
21 89144-0000 [APN 164-12-213-019] Pursuant to 11 U.S.C. § 363* [ECF No. __], the exhibits
22 attached thereto, and all the pleadings on file herein.

23 It appearing to the Court that it is in the best interests of the Estate and its creditors to sell
24 the Hobbiton Property and upon consideration of the pleadings and arguments of counsel, and
25 based upon the findings of fact and conclusions of law placed on the record at the hearing and

---

[2] All defined terms in this Order shall have the same meaning ascribed to them in the Application unless otherwise provided herein.

incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by reference by Federal Rules of Bankruptcy Procedure 7052 and good cause appearing,

**IT IS HEREBY ORDERED** that:

(1) The Application is GRANTED in its entirety; and

(2) The Hobbiton Property shall be sold to Purchaser free and clear of liens pursuant to 11 U.S.C. § 363(f) for the purchase price of $600,000 on the terms set forth in the Purchase Agreement; and

(3) The fourteen (14) day stay under FRBP 6004(h) is waived.

**IT IS SO ORDERED.**

Prepared and submitted by:

**NELSON & HOUMAND, P.C.**

By: _____
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:     702/720-3370
Facsimile:      702/720-3371

*Counsel for Victoria L. Nelson, Chapter 7 Trustee*

NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

## **LOCAL RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐   The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the Motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 12th day of October, 2017.

**NELSON & HOUMAND, P.C.**

By: _____
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:    702/720-3370
Facsimile:     702/720-3371

*Counsel for Victoria L. Nelson, Chapter 7 Trustee*

###