**EXHIBIT "2"**

# NATIONAL TITLE CO.

8915 S. Pecos Road, Unit 20A, Henderson, NV 89074

Phone: (702) 331-6900    Fax: (702) 873-2223

**Combined Settlement Statement**
**Estimated**

| **Escrow No:** 17006177 - 003 JC1 | **Close Date:** | **Proration Date:** | **Disburse Date:** |
|---|---|---|---|

**Buyer(s)/Borrower(s):** Red Rock Region Investments, LLC

**Seller(s):** Doron Mashal
424 St Andrews Court
Las Vegas, NV 89144
Shirah Goodman-Mashal
424 St Andrews Court
Las Vegas, NV 89144

**Lender:** TBD                                **Loan #:**

**Property:** 10710 Hobbiton Avenue
Las Vegas, NV 89135

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | | **TOTAL CONSIDERATION:** | | |
| | 600,000.00 | Sale Price of Property | 600,000.00 | |
| | | **NEW AND EXISTING ENCUMBRANCES:** | | |
| | | New Loan from TBD | | |
| | | **NEW LOAN CHARGES: - TBD** | | |
| 875.00 | | Escrow Fee to National Title Co. | 875.00 | |
| 175.00 | | Notary (mobile if needed) to National Title Co. | 175.00 | |
| | | **ESCROW CHARGES:** | | |
| 2,040.00 | | Title - CLTA Owner's Policy to National Title Co. | | |
| | | **RECORDING FEES:** | | |
| | | Recording Fee For Mortgage to National Title Co. | 75.00 | |
| | | Recording Fee For Deed to National Title Co. | 50.00 | |
| 3,060.00 | | County Transfer Tax to National Title Co. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 500.00 | | Broker Transaction Fee to BHHS Nevada Properties | | |
| 125.00 | | HOA Master Association Demand Fee (estimated) | | |
| 0.01 | | HOA Master Association Dues | | |
| | | HOA Master Association Dues - 2 Months Prepaid | 0.01 | |
| 200.00 | | HOA Master Association Transfer Fee | | |
| 150.00 | | HOA Sub Association - Demand Fee (Estimated) | | |
| 350.00 | | HOA Sub Association - Transfer Fee | | |
| 0.01 | | HOA Sub Association Dues | | |
| | | HOA Sub Association Dues Prepaid - 2 months | 681.00 | |
| 355.00 | | Reimbursement - HOA Resale Packages x 2 to Shapiro and Sher Group | | |
| 330.00 | | Reimbursement - Yardscapes 8/25 Invoice 8144 to Shapiro and Sher Group | | |
| | | Title Policy Adjustment | | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 325.58 | County Taxes from 9/8/2017 to 10/1/2017 based on the Annual amount of $5,096.01 | 325.58 | |
| | 32.97 | HOA Dues from 9/8/2017 to 10/1/2017 based on the Monthly amount of $43.00 | 32.97 | |
| | 261.05 | HOA Sub Association Fee from 9/8/2017 to 10/1/2017 based on the Monthly amount of $340.50 | 261.05 | |
| | 11.12 | Trash from 9/8/2017 to 10/1/2017 based on the Quarterly amount of $43.53 | 11.12 | |
| | 66.24 | Sewer from 9/8/2017 to 10/1/2017 based on the Quarterly amount of $259.20 | 66.24 | |
| | | **COMMISSIONS:** | | |
| 36,000.00 | | Commission | | |
| | | $18,000.00 to Galindo Group Real Estate | | |
| | | $18,000.00 to BHHS Nevada Properties | | |
| | | **PAYOFFS:** | | |
| 286,774.70 | | Payoff to Nationstar | | |
| | |    Principal balance | 281,659.03 | |
| | |    Interest to 4/30 | 3,595.72 | |
| | |    Late Fees as of 4/6 | 182.14 | |
| | |    Lender Paid Expenses as of 4/6 | 15.00 | |
| | |    Quote Fee | 25.00 | |
| | |    County Recording Fee | 22.00 | |
| | |    1st QTR Taxes | 1,275.81 | |
| 200,286.13 | | Payoff to IRS | | |
| | |    Principal balance | 166,693.97 | |
| | |    Interest to 5/24 | 33,592.16 | |
| 10,000.00 | | Payoff to Kaempfer Crowell | | |

# NATIONAL TITLE CO.

8915 S. Pecos Road, Unit 20A, Henderson, NV 89074

Phone: (702) 331-6900    Fax: (702) 873-2223

**Combined Settlement Statement**
**Estimated**

**Escrow No:** 17006177 - 003 JC1    **Close Date:**    **Proration Date:**    **Disburse Date:**

| Seller Debit | Seller Credit | Description | | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|---:|
| | | Principal balance | 10,000.00 | | |
| 541,220.85 | 600,696.96 | Sub Totals | | 602,552.97 | 0.00 |
| 59,476.11 | | Proceeds Due Seller | Balance Due From Buyer | | 602,552.97 |
| 600,696.96 | 600,696.96 | Totals | | 602,552.97 | 602,552.97 |