**EXHIBIT "1"**

5 Star Home Inspection, LLC
312 Redstone St
Las Vegas, NV 89145



10710 Hobbiton Ave
Las Vegas, NV 89135

# 5 Star Home Inspection, LLC

## Definitions

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

## General Information

### Receipt

Inspector Name  Bob Wagner
Company Name  5 Star Home Inspection, LLC
Company Address 312 Redstone St
Company City State Zip Las Vegas NV 89145


Client Name  Jennifer & Justin Ruschell
Client Address
Client City State Zip

Property Inspected 10710 Hobbiton Ave Las Vegas, NV 89135 3/30/17

| Method of Payment  C Card | Amount Received  $395.00 |
|---|---|

*Thank you for choosing Our Company to perform your Home Inspection.*

Palm-Tech Inspector, Copyright © 1998-2017, PDmB, Inc.

**5 Star Home Inspection, LLC**

06:56 March 31, 2017

## General Information (Continued)

Invoice ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Inspector Name  Bob Wagner
Company Name  5 Star Home Inspection, LLC
Company Address 312 Redstone St
Company City State Zip Las Vegas NV 89145


Client Name: Jennifer & Justin Ruschell
Client Address:
Client City State Zip:
Property Address: 10710 Hobbiton Ave
Property City: Las Vegas

| Services Performed | | Amount Due |
|---|---|---|
| Home Inspection | $395.00 | |

*THANK YOU!*

*We value the opportunity to provide you with a comprehensive inspection report essential to your purchasing decision.*

*If you have any questions about your home inspection, please call us at 702-338-0855*

Palm-Tech Inspector, Copyright © 1998-2017, PDmB, Inc.

**5 Star Home Inspection, LLC**

06:56 March 31, 2017

Page 3 of 30
HI1703052.pt6

## General Information (Continued)

### Property Information

Property Address 10710 Hobbiton Ave

   

 

City Las Vegas State NV Zip 89135
Contact Name Ann Ross
Phone 702-353-4558 Fax arosshomes@icloud.com

### Client Information

Client Name Jennifer & Justin Ruschell
E-Mail jssmoto@gmail.com, jbitton84@yahoo.com

### Inspection Company

Inspector Name  Bob Wagner
Company Name  5 Star Home Inspection, LLC
Address 312 Redstone St
City Las Vegas State NV Zip 89145
Phone 702-338-0855 Fax
E-Mail 5starhminspect@cox.net
File Number HI1703052
Amount Received $395.00

### Conditions

Others Present Buyer Property Occupied Vacant
Estimated Age 15 Yrs Entrance Faces South
Inspection Date 3/30/17
Electric On Yes



   

**5 Star Home Inspection, LLC**

## General Information (Continued)

Gas/Oil On Yes



Water On   Yes
Temperature 70 Degrees
Weather Partly cloudy Soil Conditions Dry
Space Below Grade None
Building Type Single family Garage Attached
Sewage Disposal City How Verified Multiple Listing Service
Water Source City How Verified Multiple Listing Service
Additions/Modifications None
Permits Obtained N/A How Verified Visual Inspection

## Lots and Grounds

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

Acceptable     Driveway: Concrete
Acceptable     Walks: Concrete
Acceptable     Steps/Stoops:  Concrete



Acceptable     Porch: Concrete
Marginal       Patio: Concrete The counter at the barbecue is damaged.



Acceptable     Deck: Patio Cover
Acceptable     Balcony: Wood Frame And Stucco
Acceptable     Grading: Minor slope
Acceptable     Swale: Adequate slope and depth for drainage
Acceptable     Vegetation: Shrubs,desert landscape, Grass

Palm-Tech Inspector, Copyright © 1998-2017, PDmB, Inc.

**5 Star Home Inspection, LLC**

## Lots and Grounds (Continued)

Marginal       Retaining Walls: Block Numerous palm trees are too close to the walls, There are some cracked blocks.





Acceptable     Exterior Surface Drain: Surface drain
Acceptable     Fences: Wrought iron
Marginal       Lawn Sprinklers: Front and back yard 1 front sprinkler head shoots straight up, Replace.



**5 Star Home Inspection, LLC**

# Exterior Surface and Components

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

## Main Exterior Surface

Cosmetic         Type: Stucco Several dings



Acceptable       Trim: Wood
Acceptable       Fascia: Wood
Acceptable       Soffits: Wood
Acceptable       Door Bell: Hard wired
Acceptable       Entry Doors: Wood
Acceptable       Patio Door: Metal sliding
Acceptable       Windows: Aluminum slider
Acceptable       Window Screens: Vinyl mesh



Acceptable       Exterior Lighting: Surface mount
Cosmetic         Exterior Electric Outlets: 110 VAC GFCI Front porch outlet needs a cover.



Acceptable       Hose Bibs: Gate
Acceptable       Gas Meter: Exterior surface mount at side of home
Acceptable       Main Gas Valve: Located at gas meter

**5 Star Home Inspection, LLC**

# Roof

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

Main Roof Surface ────────────────────────────────────

Method of Inspection: Ladder at eaves, Ground level, with binnoculars



| | |
|---|---|
| Acceptable | Unable to Inspect: 30%, did not walk on the tile roof Since "Home Inspections" are visual inspections and are not certifications or warranties, We highly recommend a roofing inspection & certification from a licensed roofing contractor. |
| Defective | Material: Cement tile The lower front tiles at the flashing are all loose and slipping down, some are broken.<br>A qualified roofing contractor is recommended to evaluate and estimate repairs |

  

Type: Gable

Approximate Age: Unknown

| | |
|---|---|
| Acceptable | Flashing: Aluminum |
| Acceptable | Valleys: Preformed metal |
| Acceptable | Plumbing Vents: ABS |

Family Room Chimney ────────────────────────────────────

| | |
|---|---|
| Acceptable | Flue/Flue Cap: Metal |
| Acceptable | Chimney Flashing: Galvanized |

# 5 Star Home Inspection, LLC

## Garage/Carport

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

### Attached Garage ━━━━━━━━━━━━━━

Type of Structure: Attached Car Spaces: 2, 1

Cosmetic  Garage Doors: Aluminum x 2 Several small dents.

  

Acceptable  Door Operation: Mechanized
Acceptable  Door Opener: Lift Master



Acceptable  Exterior Surface: Stucco
Acceptable  Roof: Cement tile
Acceptable  Roof Structure: 2x4 Truss
Acceptable  Service Doors: Wood
Acceptable  Ceiling: Texture paint
Defective  Walls: Texture paint There is a drywall hole at the water shut off valve that needs to be repaired. There is also some black substance on the drywall behind the cabinets, only partially visible. There is also some rodent droppings inside of 1 of the cabinets, Recommend a licensed pest control . Recommend an environmental test and remediation by a qualified remediation contractor.

   

Acceptable  Floor/Foundation: ceramic tile
Acceptable  Hose Bibs: Gate

# 5 Star Home Inspection, LLC

## Garage/Carport (Continued)

Acceptable     Electrical: 110 VAC GFCI

## Electrical

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

Service Size Amps: 300 Amps Volts: 110-240 VAC

| | |
|---|---|
| Acceptable | Service: Copper |
| Acceptable | 120 VAC Branch Circuits: Copper |
| Acceptable | 240 VAC Branch Circuits: Copper |
| Acceptable | Ground: Plumbing and rod in ground |
| Marginal | Smoke Detectors: Hard wired 1 in the lower den is defective, Replace. We do not test any alarm system |



Recessed in wall, Garage Electric Panel ——————

| | |
|---|---|
| Acceptable | Manufacturer: Square D |
| Maximum Capacity: 300 Amp | |
| Acceptable | Main Breaker Size: 200 Amps, 100 Amps |
| Acceptable | Breakers: Copper |
| Acceptable | GFCI: At GFCI receptacles only |



Is the panel bonded? Yes

# 5 Star Home Inspection, LLC

## Structure

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

| | |
|---|---|
| Acceptable | Structure Type: Wood frame |
| Acceptable | Foundation: Poured slab |
| Acceptable | Bearing Walls: Frame |
| Acceptable | Joists/Trusses: 2x10 |
| Acceptable | Floor/Slab: Poured slab |
| Acceptable | Stairs/Handrails: Wood stairs with wood handrails |
| Acceptable | Subfloor: Plywood |

## Attic

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

Upper Hall Attic ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Method of Inspection: Entered

   



| | |
|---|---|
| Acceptable | Unable to Inspect: 20% |
| Acceptable | Roof Framing: 2x10 Truss |
| Acceptable | Sheathing: Plywood |
| Acceptable | Ventilation: Gable, roof and soffit vents |
| Acceptable | Insulation: Fiberglass |
| Acceptable | Insulation Depth: 10" |
| Acceptable | Wiring/Lighting: 110 VAC |
| Acceptable | Bathroom Fan Venting: Electric fan |

# 5 Star Home Inspection, LLC

# Air Conditioning

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

## Exterior AC System ━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Acceptable | A/C System Operation: Functional |
| Acceptable | Condensate Removal: PVC |
| Acceptable | Exterior Unit: Pad mounted |

   

Manufacturer: Carrier
Model Number: 38CKC060370 Serial Number: 1702E03557
Area Served: 1st floor Approximate Age: UNknown
Fuel Type: 120-240 VAC Temperature Differential: 58 Degrees, Diff 74
Type: Central A/C Capacity: 5 Ton

| | |
|---|---|
| Acceptable | Visible Coil: Copper core with aluminum fins |
| Acceptable | Refrigerant Lines: High pressure |
| Acceptable | Electrical Disconnect: Breaker disconnect |

## Exterior AC System ━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Acceptable | A/C System Operation: Functional |
| Acceptable | Condensate Removal: PVC |
| Acceptable | Exterior Unit: Pad mounted |

   

Manufacturer: Carrier
Model Number: 38CKC048360 Serial Number: 1402E07615
Area Served: 2nd Floor Approximate Age: UNknown
Fuel Type: 120-240 VAC Temperature Differential: 55 Degrees, Diff 69
Type: Central A/C Capacity: 4 Ton

| | |
|---|---|
| Acceptable | Visible Coil: Copper core with aluminum fins |
| Acceptable | Refrigerant Lines: High pressure |
| Acceptable | Electrical Disconnect: Breaker disconnect |
| Acceptable | Exposed Ductwork: Insulated flex |
| Acceptable | Blower Fan/Filters: Direct drive with disposable filter Recommend changing the filters often, depending on the type used. |
| Acceptable | Thermostats: Individual |

# 5 Star Home Inspection, LLC

# Fireplace/Wood Stove

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

## Living Room Fireplace

Acceptable        Fireplace Construction: Prefab



Type: Gas log
Acceptable        Fireplace Insert: Standard
Acceptable        Smoke Chamber: Metal
Acceptable        Flue: Metal
Acceptable        Damper: Metal
Acceptable        Hearth: Raised

# Heating System

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

## Attic Heating System

Acceptable        Heating System Operation: Adequate
Manufacturer: Carrier
Type: Forced air Capacity: 60,000 BTU
Area Served: 1st floor Approximate Age: UNknown
Fuel Type: Natural gas
Acceptable        Heat Exchanger: 4 Burner

 

Unable to Inspect: 40%, Not an HVAC contractor, only visible inspection from the open door and exchangers.
Acceptable        Blower Fan/Filter: Direct drive with disposable filter
Acceptable        Distribution: Insulflex duct
Acceptable        Circulator: Pump
Acceptable        Draft Control: Automatic

# 5 Star Home Inspection, LLC

## Heating System (Continued)

Acceptable      Flue Pipe: Double wall
Acceptable      Controls: Limit switch

### Attic Heating System ――――――――――――――――――

Acceptable      Heating System Operation: Adequate
Manufacturer: Carrier
Type: Forced air Capacity: 60,000 BTU
Area Served: 2nd Floor Approximate Age: UNknown
Fuel Type: Natural gas
Acceptable      Heat Exchanger: 4 Burner

 

Unable to Inspect: 40%, Not an HVAC contractor, only visible inspection from the open door and exchangers.
Acceptable      Blower Fan/Filter: Direct drive with disposable filter
Acceptable      Distribution: Insulflex duct
Acceptable      Circulator: Pump
Acceptable      Draft Control: Automatic
Acceptable      Flue Pipe: Double wall
Acceptable      Controls: Limit switch
Acceptable      Thermostats: Individual
Tank Location: None
Suspected Asbestos: No

## Plumbing

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

Acceptable      Service Line: Cast iron
Acceptable      Main Water Shutoff: Front of house The main valve was not moving or spinning at the time of the
                inspection.

 

Acceptable      Water Lines: Copper are the only visible lines
Acceptable      Drain Pipes: PVC
Acceptable      Service Caps: Accessible
Acceptable      Vent Pipes: ABS
Acceptable      Gas Service Lines: Cast iron

# 5 Star Home Inspection, LLC

## Plumbing (Continued)

### Garage Water Heater

Marginal      Water Heater Operation: Adequate Some corrosion around the shut off valve. We do not test any soft Water system

 

Manufacturer: General Electric

   



Model Number: GG75T06ASK00 Serial Number: GELN0210N00238
Type: Natural gas Capacity: 75 Gal.
Approximate Age: 02/10 Area Served: Whole building
Acceptable    Flue Pipe: Double wall
Acceptable    TPRV and Drain Tube: Copper

## Bathroom

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

### Lower 1/2 Bath Half Bathroom

| | |
|---|---|
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Tile |
| Acceptable | Doors: Hollow wood |
| Acceptable | Electrical: 110 VAC GFCI |
| Acceptable | Sink/Basin: Pedestal |
| Acceptable | Faucets/Traps: Moen fixtures with a PVC trap |
| Acceptable | Toilets: Western |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Ventilation: Electric ventilation fan |

**5 Star Home Inspection, LLC**

06:56 March 31, 2017

## Bathroom (Continued)

### Full Lower Bath Bathroom

| | |
|---|---|
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Stained Concrete, Tile |
| Acceptable | Doors: Hollow wood |
| Acceptable | Windows: Aluminum slider |
| Acceptable | Electrical: 110 VAC GFCI |
| Acceptable | Counter/Cabinet:  Cultured Marble |
| Acceptable | Sink/Basin: Molded single bowl |
| Defective | Faucets/Traps: Moen fixtures with a PVC trap <span style="color:red">The sink faucet has the hot & cold operation reversed. Shower diverter not functioning properly, all water is not flowing to showerhead</span> |

 

| | |
|---|---|
| Cosmetic | Tub/Surround: Porcelain tub and ceramic tile surround <span style="color:blue">Tub has a chip in the finish.</span> |
| Acceptable | Toilets: Western |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Ventilation: Electric ventilation fan |

### Upper Hall Bath Bathroom

| | |
|---|---|
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Tile |
| Acceptable | Doors: Hollow wood |
| Acceptable | Windows: Non-opening |
| Acceptable | Electrical: 110 VAC GFCI |
| Acceptable | Counter/Cabinet:  Cultured Marble |
| Acceptable | Sink/Basin: Molded single bowl |
| Acceptable | Faucets/Traps: Moen fixtures with a PVC trap |
| Cosmetic | Tub/Surround: Porcelain tub and ceramic tile surround <span style="color:blue">Replace caulking</span> |



| | |
|---|---|
| Acceptable | Toilets: Western |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Ventilation: Electric ventilation fan |

### Upper Shared bath Bathroom

| | |
|---|---|
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Tile |
| Acceptable | Doors: Hollow wood |
| Acceptable | Electrical: 110 VAC GFCI |
| Acceptable | Counter/Cabinet:  Cultured Marble |
| Acceptable | Sink/Basin: Molded dual bowl |

**5 Star Home Inspection, LLC**

## Bathroom (Continued)

| | |
|---|---|
| Acceptable | Faucets/Traps: Moen fixtures with a PVC trap |
| Cosmetic | Tub/Surround: Porcelain tub and ceramic tile surround Tub small chip |



| | |
|---|---|
| Acceptable | Toilets: Western |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Ventilation: Electric ventilation fan |

### Master Bath Bathroom

| | |
|---|---|
| Acceptable | Closet: Walk In |
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Marginal | Floor: Tile 2 cracked tile pieces. |



| | |
|---|---|
| Acceptable | Doors: Hollow wood |
| Acceptable | Windows: Aluminum slider |
| Acceptable | Electrical: 110 VAC GFCI |
| Acceptable | Counter/Cabinet:  Cultured Marble |
| Acceptable | Sink/Basin: Molded dual bowl |
| Acceptable | Faucets/Traps: Moen fixtures with a PVC trap |
| Acceptable | Shower/Surround: Ceramic Tile pan and ceramic tile surround |
| Defective | Spa Tub/Surround: Fiberglass tub and ceramic tile surround The Jacuzzi tub does not turn on and there is power at the outlet. |



| | |
|---|---|
| Acceptable | Toilets: Western |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Ventilation: Electric ventilation fan |

# 5 Star Home Inspection, LLC

## Kitchen

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

### Main Kitchen

Acceptable    Cooking Appliances: Viking
Cosmetic      Ventilator: Viking The heat lamp bulbs are missing.



Acceptable    Disposal: In-Sinkerator
Acceptable    Dishwasher: Viking
Air Gap Present? Yes
Acceptable    Refrigerator: Viking
Acceptable    Microwave: General Electric
Acceptable    Sink: Stainless Steel
Acceptable    Electrical: 110 VAC GFCI
Acceptable    Plumbing/Fixtures: Moen
Cosmetic      Counter Tops: Granite Caulking is needed at the back splash

 

Marginal      Cabinets: Wood The front pull down cabinet fascia hinges are loose.



Acceptable    Ceiling: Texture paint
Marginal      Walls: Texture paint Some slight baseboard damage.
Acceptable    Floor: Tile
Acceptable    Doors: Hollow wood
Acceptable    Windows: Aluminum slider
Acceptable    HVAC Source: Air exchange ventilation

**5 Star Home Inspection, LLC**

06:56 March 31, 2017

# Bedroom

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

## Lower Bedroom #1 Bedroom ────────────────

Cosmetic        Closet: Single <span style="color:blue">The closet door guides are missing</span>



| | |
|---|---|
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Tile |
| Acceptable | Doors: Hollow wood |
| Acceptable | Windows: Aluminum slider |
| Acceptable | Electrical: 110 VAC |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Smoke Detector: Hard wired |

## Bedroom #2 Bedroom ────────────────

| | |
|---|---|
| Acceptable | Closet: Single |
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Carpet |
| Acceptable | Doors: Hollow wood |
| Acceptable | Windows: Aluminum slider |
| Acceptable | Electrical: 110 VAC |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Smoke Detector: Hard wired |

## Bedroom #3 Bedroom ────────────────

| | |
|---|---|
| Acceptable | Closet: Single |
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Carpet |
| Acceptable | Doors: Hollow wood |
| Marginal | Windows: Aluminum slider The tile on the exterior window sill is loose. |

| | |
|---|---|
| Marginal | Electrical: 110 VAC The ceiling light does not turn on, may be the bulb. |

# 5 Star Home Inspection, LLC

## Bedroom (Continued)

| | |
|---|---|
| Acceptable | HVAC Source: Heating system register |
| Acceptable | Smoke Detector: Hard wired |

### Bedroom #4 Bedroom ━━━━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Acceptable | Closet: Single |
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Carpet |
| Acceptable | Doors: Hollow wood |
| Acceptable | Windows: Aluminum slider |
| Acceptable | Electrical: 110 VAC |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Smoke Detector: Hard wired |

### Master Bedroom Bedroom ━━━━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Carpet |
| Acceptable | Doors: Hollow wood, Exterior Metal sliding glass door |
| Acceptable | Windows: Aluminum slider |
| Acceptable | Electrical: 110 VAC |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Smoke Detector: Hard wired |

## Living Space

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

### Living Room Living Space ━━━━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Acceptable | Closet: Coat |
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Travertine Tile |
| Acceptable | Doors: Metal |
| Defective | Windows: Aluminum slider 1 window is heavily damaged and the exterior pane is missing. 1 other window has some of the exterior plastic moulding that is loose. A qualified glazier is recommended to evaluate and estimate repairs |

   

**5 Star Home Inspection, LLC**

06:56 March 31, 2017

## Living Space (Continued)

Marginal          Electrical: 110 VAC The front porch and entry lights do not turn on. May be burned out bulbs.

 

Acceptable        HVAC Source: Air exchange ventilation

### Dining Room Living Space ━━━━━━━━━━━━━━━

Acceptable        Ceiling: Texture paint
Acceptable        Walls: Texture paint
Acceptable        Floor: Travertine Tile
Acceptable        Windows: Aluminum slider
Acceptable        Electrical: 110 VAC
Acceptable        HVAC Source: Air exchange ventilation

### Family Room Living Space ━━━━━━━━━━━━━━

Acceptable        Ceiling: Texture paint
Acceptable        Walls: Texture paint
Acceptable        Floor: Travertine Tile
Acceptable        Doors: Aluminum Slider
Acceptable        Windows: Aluminum slider
Acceptable        Electrical: 110 VAC
Acceptable        HVAC Source: Air exchange ventilation

### Den Living Space ━━━━━━━━━━━━━━━━━━

Acceptable        Ceiling: Texture paint
Acceptable        Walls: Texture paint
Acceptable        Floor: Travertine Tile
Acceptable        Doors: Hollow wood
Acceptable        Windows: Aluminum slider
Defective         Electrical: 110 VAC 1 outlet has no power in the bottom 1/2 of the outlet.



Acceptable        HVAC Source: Air exchange ventilation
Acceptable        Smoke Detector: Hard wired

# Laundry Room/Area

NOTE: All definitions listed below refer to the property or item listed as inspected on this report at the time of inspection

| | |
|---|---|
| Acceptable | Functional with no obvious signs of defect. |
| Cosmetic | Item does not need immediate attention. Recommend watching & repair at discretion of client. Item may only be on the surface. |
| Marginal | Item is not fully functional and requires repair or servicing. |
| Defective | Item needs immediate repair or replacement. It is unable to perform its intended function. |
| Not Present | Item not present or not found. |
| Not Inspected | Item was unable to be inspected for safety reasons or due to lack of power, inaccessible, or disconnected at time of inspection. |

## 1st Floor Laundry Room/Area ─────────────

| | |
|---|---|
| Acceptable | Ceiling: Texture paint |
| Acceptable | Walls: Texture paint |
| Acceptable | Floor: Travertine Tile |
| Acceptable | Doors: Hollow wood |
| Acceptable | Electrical: 110 VAC GFCI |
| Acceptable | HVAC Source: Air exchange ventilation |
| Acceptable | Laundry Tub: Vinyl |
| Acceptable | Laundry Tub Drain: PVC |
| Acceptable | Washer Hose Bib: Gate valves |
| Acceptable | Washer and Dryer Electrical: 110-120 VAC |
| Acceptable | Dryer Vent: Metal flex |
| Acceptable | Dryer Gas Line: Cast iron |
| Acceptable | Washer Drain: Wall mounted drain |

## None Laundry Room/Area ─────────────

## Behind home Spa ─────────────

| | |
|---|---|
| Acceptable | Type: Built in |

  

| | |
|---|---|
| Acceptable | Liner: Decorative Tiles |
| Acceptable | Skimmer: Pop Ups |
| Acceptable | Pump Motor: Satisfactory |
| Acceptable | Electrical: 110V |
| Acceptable | Filter: Satisfactory |
| Acceptable | Heater: Gas |



| | |
|---|---|
| Acceptable | Gauges/Controls: Satisfactory |
| Acceptable | Timer: External electronic |
| Acceptable | Aerator: Blower |
| Acceptable | Jets: Adjustable |

## Behind home Swimming Pool ─────────────

**5 Star Home Inspection, LLC**

## Laundry Room/Area (Continued)

Defective      Type: Pebble Tech Finish <span style="color:red">The pump for the water falls and the slide, pumps way too much water. The water flows over the area and also down the back side stairs. The pool light does work, but appears to be 1/2 full of water. Recommend a pool contractor check out and give an opinion as to what can be done.</span>



Current Status: Appears Satisfactory, No warrants or guarantees of any system below the water level

| | |
|---|---|
| Acceptable | Liner: Decorative Tiles |
| Acceptable | Deck: Kool Decking |
| Acceptable | Coping: Satisfactory |
| Acceptable | Drainage: Satisfactory |
| Defective | Skimmer: Pop Ups <span style="color:red">2 pop ups are missing.</span> |
| Acceptable | Pump Motor: Satisfactory |
| Acceptable | Filter: Satisfactory |
| Acceptable | Heater: Gas |
| Acceptable | Gauges and Controls: Satisfactory |
| Acceptable | Ladder/Steps: Satisfactory |
| Marginal | Pool Enclosure: None <span style="color:green">Recommend bringing the pool up to current safety standards by installing an approved fence and/or an alarm at every rear yard exit.</span> |

**5 Star Home Inspection, LLC**

# Cosmetic Summary

## Exterior Surface and Components

1. Main Exterior Surface Type: Stucco Several dings

   

2. Exterior Electric Outlets: 110 VAC GFCI Front porch outlet needs a cover.



## Garage/Carport

3. Attached Garage Garage Doors: Aluminum x 2 Several small dents.

 

## Bathroom

4. Full Lower Bath Bathroom Tub/Surround: Porcelain tub and ceramic tile surround Tub has a chip in the finish.
5. Upper Hall Bath Bathroom Tub/Surround: Porcelain tub and ceramic tile surround
   Replace caulking



6. Upper Shared bath Bathroom Tub/Surround: Porcelain tub and ceramic tile surround Tub small chip



## Kitchen

7. Main Kitchen Ventilator: Viking The heat lamp bulbs are missing.



**5 Star Home Inspection, LLC**

## Cosmetic Summary (Continued)

8.  Main Kitchen Counter Tops: Granite Caulking is needed at the back splash



### Bedroom

9.  Lower Bedroom #1 Bedroom Closet: Single The closet door guides are missing



**5 Star Home Inspection, LLC**

06:56 March 31, 2017

# Marginal Summary

This summary is not the entire report. The complete report may include additional information of concern to the client. It is recommended that the client read the complete report.

## Lots and Grounds

1.  Patio: Concrete <span style="color:green">The counter at the barbecue is damaged.</span>



2.  Retaining Walls: Block <span style="color:green">Numerous palm trees are too close to the walls, There are some cracked blocks.</span>

   



3.  Lawn Sprinklers: Front and back yard <span style="color:green">1 front sprinkler head shoots straight up, Replace.</span>

   

   



**5 Star Home Inspection, LLC**

# Marginal Summary (Continued)

## Electrical

4.  Smoke Detectors: Hard wired 1 in the lower den is defective, Replace.
    We do not test any alarm system



## Plumbing

5.  Garage Water Heater Water Heater Operation: Adequate Some corrosion around the shut off valve.
    We do not test any soft Water system

 

## Bathroom

6.  Master Bath Bathroom Floor: Tile 2 cracked tile pieces.



## Kitchen

7.  Main Kitchen Cabinets: Wood The front pull down cabinet fascia hinges are loose.



8.  Main Kitchen Walls: Texture paint Some slight baseboard damage.

## Bedroom

9.  Bedroom #3 Bedroom Windows: Aluminum slider The tile on the exterior window sill is
    loose.



10.  Bedroom #3 Bedroom Electrical: 110 VAC The ceiling light does not turn on, may be the
    bulb.

**5 Star Home Inspection, LLC**

06:56 March 31, 2017

## Marginal Summary (Continued)

### Living Space

11. Living Room Living Space Electrical: 110 VAC The front porch and entry lights do not turn on. May be burned out bulbs.

 

### Laundry Room/Area

12. Behind home Swimming Pool Pool Enclosure: None Recommend bringing the pool up to current safety standards by installing an approved fence and/or an alarm at every rear yard exit.

**5 Star Home Inspection, LLC**

06:56 March 31, 2017

Page 28 of 30
HI1703052.pt6

# Defective Summary

This summary is not the entire report. The complete report may include additional information of concern to the client. It is recommended that the client read the complete report.

## Roof

1. Main Roof Surface Material: Cement tile <span style="color:red">The lower front tiles at the flashing are all loose and slipping down, some are broken.</span>
<span style="color:red">A qualified roofing contractor is recommended to evaluate and estimate repairs</span>

  

## Garage/Carport

2. Attached Garage Walls: Texture paint <span style="color:red">There is a drywall hole at the water shut off valve that needs to be repaired.</span>
<span style="color:red">There is also some black substance on the drywall behind the cabinets, only partially visible.</span>
<span style="color:red">There is also some rodent droppings inside of 1 of the cabinets, Recommend a licensed pest control .</span>
<span style="color:red">Recommend an environmental test and remediation by a qualified remediation contractor.</span>

   



## Bathroom

3. Full Lower Bath Bathroom Faucets/Traps: Moen fixtures with a PVC trap <span style="color:red">The sink faucet has the hot & cold operation reversed.</span>
<span style="color:red">Shower diverter not functioning properly, all water is not flowing to showerhead</span>

 

**5 Star Home Inspection, LLC**

## Defective Summary (Continued)

4. Master Bath Bathroom Spa Tub/Surround: Fiberglass tub and ceramic tile surround <span style="color:red">The Jacuzzi tub does not turn on and there is power at the outlet.</span>



### Living Space

5. Living Room Living Space Windows: Aluminum slider <span style="color:red">1 window is heavily damaged and the exterior pane is missing.
1 other window has some of the exterior plastic moulding that is loose.
A qualified glazier is recommended to evaluate and estimate repairs</span>

   

6. Den Living Space Electrical: 110 VAC <span style="color:red">1 outlet has no power in the bottom 1/2 of the outlet.</span>



### Laundry Room/Area

7. Behind home Swimming Pool Type: Pebble Tech Finish <span style="color:red">The pump for the water falls and the slide, pumps way too much water. The water flows over the area and also down the back side stairs.
The pool light does work, but appears to be 1/2 full of water.
Recommend a pool contractor check out and give an opinion as to what can be done.</span>

   

   

 

# 5 Star Home Inspection, LLC

06:56 March 31, 2017

## Laundry Room/Area (Continued)

Type: (continued)



8.  Behind home Swimming Pool Skimmer: Pop Ups <span style="color:red">2 pop ups are missing.</span>