**EXHIBIT "2"**

Logged In: 096090-GLVAR					Broker: BHHS Nevada Properties (87404521)

| LOCKBOX ACCESS LOG - SERIAL NUMBER: 01061929 ||||
|---|---|---|---|
| Lockbox Access Log ||||

☐ Owner accesses shown in this color
☐ Non-owner accesses shown in this color
☐ Generated accesses are shown in this color

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| None | Monday, Aug 28 2017 - 07:53 PM | Robert Hales - Nevada Properties Realty<br>(702) 2543325 Gaylynn3h@cox.net | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Aug 28 2017 - 07:43 PM | Robert Hales - Nevada Properties Realty<br>(702) 2543325 Gaylynn3h@cox.net | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Aug 16 2017 - 10:45 AM | Rebecca Cordova - CanAm Real Estate Services LLC<br>(702) 6121584<br>becky@canamrealestateservices.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Aug 14 2017 - 04:10 PM | Joshua Galindo - Galindo Group Real Estate<br>(702) 6099624<br>Josh@JoshuaGalindo.me | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Aug 14 2017 - 02:25 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Friday, Aug 11 2017 - 11:17 AM | Maureen Robison - BHHS Nevada Properties<br>(702) 3150223<br>maureen@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Aug 10 2017 - 03:28 PM | Jesse Richards - The Boeckle Group<br>(702) 2656383 Jesse@tbglv.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Aug 10 2017 - 02:30 PM | Jesse Richards - The Boeckle Group<br>(702) 2656383 Jesse@tbglv.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Aug 10 2017 - 10:39 AM | Pei Jones - Golden Assets & Property Mgt<br>(702) 2566661<br>pei.jones@yahoo.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Aug 09 2017 - 01:16 PM | Mary Maravich - Realty ONE Group, Inc<br>(702) 7686300 maravichm@cox.net | SentriCard Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | | | Nevad 89135 |
| None | Wednesday, Aug 09 2017 - 01:01 PM | Mary Maravich - Realty ONE Group, Inc<br>(702) 7686300 maravichm@cox.net | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Aug 08 2017 - 01:48 PM | A William Zinsser - Realty ONE Group, Inc<br>(702) 2904210 Billzlv1@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Aug 08 2017 - 10:21 AM | Jacob Anderson - First Full Service Realty<br>(480) 3020307<br>JacobRAnderson2012@gmail.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Aug 07 2017 - 03:39 PM | Jenni Colonia - Keller Williams Realty Southwe<br>(702) 5055531<br>forssa1998@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Aug 07 2017 - 03:13 PM | Jenni Colonia - Keller Williams Realty Southwe<br>(702) 5055531<br>forssa1998@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Aug 06 2017 - 02:08 PM | Julie Wells - Mountain View Realty<br>(702) 5954326<br>juliewells@mvrealty.info | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Aug 05 2017 - 11:31 AM | Sia Vovos - Realty ONE Group, Inc<br>(909) 4378668 pyrgos33@att.net | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Jul 17 2017 - 01:19 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Jul 10 2017 - 08:08 PM | Tiger Helgelien - Realty ONE Group, Inc<br>(702) 8179536<br>Tiger@THTlasvegas.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Jul 10 2017 - 07:56 PM | Tiger Helgelien - Realty ONE Group, Inc<br>(702) 8179536<br>Tiger@THTlasvegas.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Jul 08 2017 - 04:41 PM | Pamela Fox - BHHS Nevada Properties<br>(702) 4297577<br>Foxfoster@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Jul 08 2017 - 04:25 PM | Pamela Fox - BHHS Nevada Properties | SentriSmart Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | (702) 4297577<br>Foxfoster@shapiroandsher.com | | Nevad 89135 |
| None | Friday, Jun 23 2017 - 10:28 AM | Pei Jones - Golden Assets & Property Mgt<br>(702) 2566661<br>pei.jones@yahoo.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Jun 14 2017 - 06:57 PM | Joseph Radosta - Desert City Realty & Property<br>(702) 8459862<br>vegasrealtorjoe@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, May 27 2017 - 01:54 PM | Lisa Skurow - Barrett & Co, Inc<br>(702) 2033826 LSkurow@yahoo.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, May 27 2017 - 12:22 PM | Laura Hauck - Realty ONE Group, Inc<br>(702) 8751154<br>laurahauck@msn.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, May 25 2017 - 04:14 PM | Wendy Wiener - BHHS Nevada Properties<br>(702) 3621111 lvrealest8@aol.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, May 25 2017 - 09:48 AM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, May 24 2017 - 12:08 PM | Dulcie Crawford - Simply Vegas<br>dulciecrawford@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, May 23 2017 - 02:38 PM | Marcelo Musi - RE/MAX ONE<br>(702) 5506300<br>marcelomusi@remax.net | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, May 23 2017 - 02:24 PM | Marcelo Musi - RE/MAX ONE<br>(702) 5506300<br>marcelomusi@remax.net | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, May 17 2017 - 04:11 PM | Laura Hyland - Urban Nest Realty<br>(702) 6066869<br>lmhyland@yahoo.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, May 17 2017 - 01:43 PM | Felicia Martin - Coldwell Banker Premier<br>(702) 4600795<br>felicia.struhl@cbvegas.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, May 16 2017 - 07:09 PM | Lance Morales - Realty 360<br>(702) 3387641<br>LanceMLV@gmail.com | Mobile Access Code Used | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | | | Nevad 89135 |
| None | Saturday, May 13 2017 - 01:24 PM | Elaine Chernine - Asset Management Realty Adviso (702) 5962156 echernine@aol.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, May 01 2017 - 06:55 PM | Jennifer Wagner - The Agency (702) 3004302 homesbyjenniferwagner@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Apr 30 2017 - 05:00 PM | Brian Christie - Prominent Realty Group LLC (702) 8303421 BrianWChristie12@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Apr 30 2017 - 04:47 PM | Brian Christie - Prominent Realty Group LLC (702) 8303421 BrianWChristie12@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Apr 30 2017 - 02:40 PM | Jeanne Winer - RESCOM LLC (702) 4919356 jeanne@702re.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Apr 22 2017 - 01:04 PM | Wendy Wiener - BHHS Nevada Properties (702) 3621111 lvrealest8@aol.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Apr 19 2017 - 10:44 AM | Carolina Chamorro - Realty ONE Group, Inc (702) 5339774 carolinalasvegas@yahoo.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Apr 19 2017 - 10:20 AM | Carolina Chamorro - Realty ONE Group, Inc (702) 5339774 carolinalasvegas@yahoo.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Apr 10 2017 - 10:13 AM | Michael Stanley - Platinum R.E. Professionals (702) 4813492 mike@homepros.vegas | Mobile Access Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Apr 04 2017 - 11:51 AM | Ann Ross - RE/MAX Excellence (702) 3534558 arosshomes@icloud.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Apr 03 2017 - 02:01 PM | Ann Ross - RE/MAX Excellence (702) 3534558 arosshomes@icloud.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Apr 03 2017 - 12:04 PM | Ann Ross - RE/MAX Excellence (702) 3534558 arosshomes@icloud.com | SentriCard Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | | | Nevad 89135 |
| None | Monday, Apr 03 2017 - 08:09 AM | Ann Ross - RE/MAX Excellence (702) 3534558 arosshomes@icloud.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Mar 30 2017 - 01:13 PM | Robert Wagner - 5 Star Home Inspection (702) 3380855 5starhminspect@cox.net | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Mar 30 2017 - 09:47 AM | Robert Wagner - 5 Star Home Inspection (702) 3380855 5starhminspect@cox.net | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Mar 27 2017 - 03:22 PM | Jenaya Salomone - Northcap Residential (702) 8096050 jenaya.salomone@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Friday, Mar 24 2017 - 01:21 PM | Maureen Robison - BHHS Nevada Properties (702) 3150223 maureen@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Mar 23 2017 - 04:32 PM | Madison Blau - BHHS Nevada Properties (702) 8620154 madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Mar 16 2017 - 11:34 AM | Ke Liu - TR Realty (702) 2832779 LiuKe1020@hotmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Mar 12 2017 - 01:41 PM | Ann Ross - RE/MAX Excellence (702) 3534558 arosshomes@icloud.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 08 2017 - 03:21 PM | Christopther Rubeis - Realty ONE Group, Inc (702) 3544679 chris@mitchellrubeis.com | Mobile Access Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 08 2017 - 03:20 PM | LB Specific 1 Day Code 89 | 1 Day Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 08 2017 - 08:57 AM | Ann Ross - RE/MAX Excellence (702) 3534558 arosshomes@icloud.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Mar 07 2017 - 12:30 PM | Yvonne Angarola - BHHS Nevada Properties | SentriSmart Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | (702) 3260328<br>yvonneangarola@cox.net | | Nevad<br>89135 |
| None | Sunday, Mar 05 2017 - 02:28 PM | Barb Eagan - Limestone Investments LLC<br>(702) 7599724<br>barb@mycactusproperties.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Mar 05 2017 - 10:10 AM | Carlos Rivera - Huntington & Ellis, A Real Est<br>(702) 8098084<br>riveragrouplv@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 01 2017 - 02:24 PM | Patricia Bishop - Las Vegas Realty Professionals<br>(702) 4937575<br>bishop.patti@gmail.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 01 2017 - 01:15 PM | Sheila Francis - Keller Williams Realty Southwe<br>(702) 7025771<br>sheilafrancisrealestate@gmail.com | Mobile Access Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 01 2017 - 01:14 PM | LB Specific 1 Day Code 89 | 1 Day Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 01 2017 - 12:43 PM | Sheila Francis - Keller Williams Realty Southwe<br>(702) 7025771<br>sheilafrancisrealestate@gmail.com | Mobile Access Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Mar 01 2017 - 12:42 PM | LB Specific 1 Day Code 89 | 1 Day Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Feb 28 2017 - 04:28 PM | Ryan Rausch - Simply Vegas<br>(702) 6233387<br>Ryan@KingVegasHomes.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Feb 28 2017 - 04:06 PM | Ryan Rausch - Simply Vegas<br>(702) 6233387<br>Ryan@KingVegasHomes.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Feb 27 2017 - 02:59 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Feb 23 2017 - 01:47 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Feb 21 2017 - 11:57 AM | Maureen Robison - BHHS Nevada Properties | SentriSmart Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | (702) 3150223<br>maureen@shapiroandsher.com | | Nevad 89135 |
| None | Tuesday, Feb 21 2017 - 11:38 AM | Maureen Robison - BHHS Nevada Properties<br>(702) 3150223<br>maureen@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Feb 21 2017 - 10:13 AM | Ann Ross - RE/MAX Excellence<br>(702) 3534558<br>arosshomes@icloud.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Feb 13 2017 - 03:45 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Feb 13 2017 - 02:38 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Feb 11 2017 - 02:21 PM | Aubrey Carro - Realty ONE Group, Inc<br>(702) 3086127<br>Aubrey@TheHeuserTeam.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Feb 09 2017 - 03:14 PM | Harold Harper - eProNet Realty<br>(702) 2877354<br>harold.harper@epronet360.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Feb 09 2017 - 03:08 PM | Harold Harper - eProNet Realty<br>(702) 2877354<br>harold.harper@epronet360.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Feb 08 2017 - 02:18 PM | Heidi Kasama - BHHS Nevada Properties<br>(702) 3087208<br>heidi@kasamagroup.com | Mobile Access Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Feb 08 2017 - 02:17 PM | LB Specific 1 Day Code 89 | 1 Day Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Feb 08 2017 - 11:02 AM | Angela Tina - Urban Nest Realty<br>(702) 5249718<br>angelaktina@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Friday, Feb 03 2017 - 02:08 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Jan 29 2017 - 03:58 PM | Madison Blau - BHHS Nevada Properties | SentriSmart Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | (702) 8620154<br>madison@shapiroandsher.com | | Nevad 89135 |
| None | Sunday, Jan 29 2017 - 12:39 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Jan 28 2017 - 12:45 PM | Lisa DeGeorge - RE/MAX Excellence<br>(702) 8108395<br>lisadegeorge4@hotmail.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Jan 28 2017 - 12:38 PM | Lisa DeGeorge - RE/MAX Excellence<br>(702) 8108395<br>lisadegeorge4@hotmail.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Jan 21 2017 - 11:50 AM | Lara Cox - Heidel Realty<br>(702) 2181815<br>Lara@TeamHeidel.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Jan 19 2017 - 01:47 PM | Angela Burnette - BHHS Nevada Properties<br>(702) 5215667<br>ang.burnette@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Jan 19 2017 - 01:40 PM | Angela Burnette - BHHS Nevada Properties<br>(702) 5215667<br>ang.burnette@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Jan 18 2017 - 10:24 AM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Jan 14 2017 - 10:46 AM | Ashley Lazarus - BHHS Nevada Properties<br>(949) 2754333<br>Ashley@ShapiroAndSher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Friday, Jan 06 2017 - 10:57 AM | Kathy Liston - O48 Realty Central<br>(702) 7688236 zkatmandu@aol.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Dec 22 2016 - 02:05 PM | Christopher Ward - Keller Williams Market Place I<br>(702) 8772500<br>christopherjward1@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Dec 21 2016 - 11:39 AM | Jan Burnham - Coldwell Banker Premier<br>(702) 4199646<br>Jan.Burnham@cbvegas.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Monday, Dec 12 2016 - 12:41 PM | Brian Goodman - ZMOVZ Real Estate<br>(702) 4698223<br>goodmanlasvegas@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | | | Nevad 89135 |
| None | Friday, Nov 25 2016 - 10:50 AM | Blake Bonvicin - RE/MAX Unlimited (702) 3724792 BlakeBonvicin@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Friday, Nov 25 2016 - 10:41 AM | Blake Bonvicin - RE/MAX Unlimited (702) 3724792 BlakeBonvicin@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Nov 16 2016 - 11:27 AM | Christina Flores-Timm - Redfin (702) 8830797 christina.flores@redfin.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Nov 10 2016 - 02:19 PM | Usman Malik - Realty ONE Group, Inc (702) 3268858 LV@UsmanLV.com | SentriCard Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Nov 06 2016 - 02:54 PM | Phillip Scheinman - Urban Nest Realty (702) 5809198 smokey25@cox.net | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Friday, Nov 04 2016 - 05:35 PM | Madison Blau - BHHS Nevada Properties (702) 8620154 madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Friday, Nov 04 2016 - 03:17 PM | Kevin Duboe - HomeSmart Encore (702) 2776576 duboe.kevin@gmail.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Oct 19 2016 - 02:24 PM | Natasha Kelley - Keller Williams Realty Las Veg (702) 5468286 natashakelley.realtor@yahoo.com | Mobile Access Code Used | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Oct 16 2016 - 04:05 PM | Lisa Goulston - BHHS Nevada Properties (702) 3062233 Lisa@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Oct 16 2016 - 12:55 PM | Lisa Goulston - BHHS Nevada Properties (702) 3062233 Lisa@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Sunday, Oct 09 2016 - 04:00 PM | Madison Blau - BHHS Nevada Properties (702) 8620154 madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Saturday, Sep 10 2016 - 04:41 PM | Jamie Carr - Pacific International Realty | SentriSmart Access | 10710 HOBBITON Las Vegas |

| Loan Number | Accessed On (PDT) | Accessed By | Access Type | Location |
|---|---|---|---|---|
| | | (702) 2104496<br>JAMIEKCARR@GMAIL.COM | | Nevad 89135 |
| None | Saturday, Sep 10 2016 - 11:45 AM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Thursday, Sep 08 2016 - 01:39 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Tuesday, Aug 30 2016 - 11:54 AM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |
| None | Wednesday, Aug 17 2016 - 04:21 PM | Madison Blau - BHHS Nevada Properties<br>(702) 8620154<br>madison@shapiroandsher.com | SentriSmart Access | 10710 HOBBITON Las Vegas Nevad 89135 |