

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
October 16, 2017

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
Email: kortiz@nelsonhoumand.com
NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Victoria L. Nelson, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>DORON MASHAL and SHIRAH GOODMAN-MASHAL,<br><br>Debtor. | Case No. BK-S-17-12731-ABL<br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date of Hearing:    October 12, 2017<br>Time of Hearing:    11:00 a.m.<br>Place: Courtroom No. 1, Third Floor<br>　　　　Foley Federal Building<br>　　　　300 Las Vegas Blvd., S.<br>　　　　Las Vegas, NV 89101<br><br>Judge: Honorable August B. Landis[1] |

---

[1] In this Order, all references to ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the clerk of the court.

1  This matter came before the Court on the *Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 66] (the "<u>Motion</u>") filed by VICTORIA L. NELSON, the Chapter 7 Trustee appointed in the above-captioned bankruptcy case (the "<u>Trustee</u>"), by and through her counsel of record, Jacob L. Houmand, Esq. and Kyle J. Ortiz, Esq. of the law firm of Nelson & Houmand, P.C.  The Motion sought an order approving a settlement agreement (the "<u>Settlement Agreement</u>") entered into between the Trustee and Shoppes At Palazzo ("<u>SAP</u>") that resolves a dispute concerning the perfection of several judgment liens recorded against the real property located at 10710 Hobbiton Avenue, Las Vegas, Nevada 89135 [APN 164-12-213-019] pursuant to Federal Rule of Bankruptcy Procedure 9019.[2]

No Opposition was filed to the Motion.  Kyle J. Ortiz, Esq. appeared on behalf of the Trustee and all other appearances were noted on the record.

The Court reviewed the Motion, the *Declaration of Victoria L. Nelson In Support of Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 67] (the "<u>Nelson Declaration</u>"), the *Notice of Hearing On Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 68], the *Certificate of Service Regarding Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 69], the exhibits attached thereto, and all the pleadings on file herein.

It appearing to the Court that it is in the best interests of the Estate and its creditors to approve the Settlement Agreement and upon consideration of the pleadings and arguments of counsel, and based upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by reference by Federal Rules of Bankruptcy Procedure 7052 and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.  The Motion is GRANTED in its entirety; and

. . .

. . .

---

[2] All defined terms in this Order shall have the same meaning ascribed to them in the Motion unless otherwise provided herein.

2. The Settlement Agreement, a copy of which is attached to the Nelson Declaration and marked as **Exhibit "1"**, is approved pursuant to Federal Rule of Bankruptcy Procedure 9019 and the provisions thereof are made an order of the Court.

**IT IS SO ORDERED.**

Prepared and submitted by:

**NELSON & HOUMAND, P.C.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:     702/720-3370
Facsimile:      702/720-3371

*Counsel for Victoria L. Nelson, Chapter 7 Trustee*

**NELSON & HOUMAND, P.C.**
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

# LOCAL RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the Motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 13th day of October, 2017.

**NELSON & HOUMAND, P.C.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Victoria L. Nelson, Chapter 7 Trustee*

###