Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@federalbankruptcytrustee.com
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: 702/720-3374
Facsimile: 702/720-3371

*Electronically Filed On: November 2, 2017*

*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DORON MASHAL and<br>SHIRAH GOODMAN-MASHAL,<br><br>Debtors. | Case No. BK-S-17-12731-ABL<br>Chapter 7<br><br>**REPORT OF SALE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A<br><br>Judge: Honorable August B. Landis[1] |

VICTORIA L. NELSON, the appointed Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee") hereby files this *Report of Sale Pursuant to Federal Rule of Bankruptcy Procedure 6004(f)* (the "Report of Sale").

On September 1, 2017, the Trustee filed a *Motion to Approve Sale of the Real Property Located At 10710 Hobbiton Avenue, Las Vegas, Nevada 89144-0000 [APN 164-12-213-019] Pursuant to 11 U.S.C. § 363* [ECF No. 71] (the "Motion to Sell"). The Motion to Sell sought authority to sell the real property located at 10710 Hobbiton Avenue, Las Vegas, Nevada 89135 [APN 164-12-213-019] (the "Property")[2].

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

[2] The description of the Property contained the incorrect zip code in the Motion to Sell, but was corrected at the hearing on the Motion to Sell and in the order approving the same.

-1-

1  On October 16, 2017, the Court entered an *Order Granting Motion to Approve Sale of the Real Property Located At 10710 Hobbiton Avenue, Las Vegas, Nevada Pursuant to 11 U.S.C. § 363* [ECF No. 93] (the "Sale Order").

Federal Rule of Bankruptcy Procedure 6004(f) requires a Chapter 7 Trustee to file an itemized statement of property that is sold not in the ordinary course of business:

> All sales not in the ordinary course of business may be by private sale or by public auction. Unless it is impracticable, an itemized statement of the property sold, the name of each purchaser, and the price received for each item or lot or for the property as a whole if sold in bulk shall be filed on completion of a sale. If the property is sold by an auctioneer, the auctioneer shall file the statement, transmit a copy thereof to the United States trustee, and furnish a copy to the trustee, debtor in possession, or chapter 13 debtor.

*See* FED. R. BANKR. P. 6004(f).

On October 24, 2017, the sale of the Property was finalized and generated net sale proceeds in the amount of $54,786.69 (the "Proceeds"). Attached hereto and marked as **Exhibit "1"** is a true and correct copy of the Final Closing Statement.

Dated this 2nd day of November, 2017.

**CHAPTER 7 TRUSTEE**

By: */s/ Victoria L. Nelson*
Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@federalbankruptcytrustee.com
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:   702/720-3374
Facsimile:   702/720-3371