**EXHIBIT "1"**

# NATIONAL TITLE CO.

8915 S. Pecos Road, Unit 20A, Henderson, NV 89074

Phone: (702) 331-6900    Fax: (702) 873-2223

**Combined Settlement Statement**
**Final**

| Escrow No: 17006177 - 003 JC1 | Close Date: 10/24/2017 | Proration Date: 10/24/2017 | Disbursement Date: |
|---|---|---|---|

**Buyer(s)/Borrower(s):** Red Rock Region Investments, LLC
4730 W. Post Road, Suite 150
Las Vegas, NV 89118

**Seller(s):** Victoria L. Nelson, Bankruptcy Trustee for the estate of Doran Mashal and Shirah Goodman-Mashal under Case No. 17-12731 pending in the United State Bankruptcy Court for the District of Nevada
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144

*CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL NATIONAL TITLE CO.*

**Lender:** No Lender/ Cash Purchase    **Loan #:**

**Property:** 10710 Hobbiton Avenue
Las Vegas, NV 89135

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | | **TOTAL CONSIDERATION:** | | |
| | 600,000.00 | Sale Price of Property | 600,000.00 | |
| | | Deposit | | 10,000.00 |
| | | Closing Funds | | 293,181.65 |
| | | Closing Funds | | 300,000.00 |
| | | **NEW AND EXISTING ENCUMBRANCES:** | | |
| | | New Loan from No Lender/ Cash Purchase | | |
| | | **NEW LOAN CHARGES: - No Lender/ Cash Purchase** | | |
| 875.00 | | Escrow Fee to National Title Co. | 875.00 | |
| | | **ESCROW CHARGES:** | | |
| 2,040.00 | | CLTA Owner's Policy - Binder to National Title Co. | 204.00 | |
| | | **RECORDING FEES:** | | |
| | | Recording Fee For Deed to National Title Co. | 40.00 | |
| 160.00 | | Recording Fees Court Orders X 4 to National Title Co. | | |
| 3,060.00 | | County Transfer Tax to National Title Co. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 500.00 | | Broker Transaction Fee to BHHS Nevada Properties | | |
| 230.00 | | Clark County Lien Case #17-9375 to Clark County Treasurer | | |
| 125.00 | | HOA Master Association Demand Fee to Howard Hughes Properties | | |
| 166.00 | | HOA Master Association Dues to Summerlin South Community Association | | |
| | | HOA Master Association Dues - 2 Months Prepaid to Summerlin South Community Assciation | 86.00 | |
| 200.00 | | HOA Master Association Transfer Fee to Howard Hughes Properties | | |
| 150.00 | | HOA Sub Association - Demand Fee Reimbursement to Shapiro & Sher | | |
| 250.00 | | HOA Sub Association - Transfer Fee to Prime Community Management | | |
| 1,382.00 | | HOA Sub Association Dues to Willow Creek Community Association | | |
| | | HOA Sub Association Dues Prepaid - 2 months to Willow Creek Community Association | 626.00 | |
| 355.00 | | Reimbursement - HOA Resale Packages x 2 to Shapiro and Sher Group | | |
| 337.70 | | Reimbursement - Yardscapes 8/25 Invoice 8144 to Maureen Robison | | |
| 255.00 | | Reimbursement 3 Pool Cleaning Services Calls to Shapiro and Sher | | |
| 79.20 | | Reimbursement for Water Bill to Shapiro and Sher | | |
| 561.89 | | Reimbursement NVEnergy 3487636 to Maureen Robison | | |
| 550.00 | | Reimbursement Zeigler Pool and Spa to Maureen Robison | | |
| 305.00 | | Reimbursement Zeigler Pool and Spa to Maureen Robison | | |
| 259.20 | | Sewer Fees Due to Clark County Water Reclamation District | | |
| 43.62 | | Trash Fees Due to Republic Services | | |
| | | Title Policy Adjustment | | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 948.42 | County Taxes from 10/24/2017 to 1/1/2018 based on the Annual amount of $5,096.01 | 948.42 | |
| | 10.03 | Master HOA Dues from 10/24/2017 to 11/1/2017 based on the Monthly amount of $43.00 | 10.03 | |
| | 73.03 | HOA Sub Association Fee from 10/24/2017 to 11/1/2017 based on the Monthly amount of $313.00 | 73.03 | |

# NATIONAL TITLE CO.

8915 S. Pecos Road, Unit 20A, Henderson, NV 89074

Phone: (702) 331-6900    Fax: (702) 873-2223

**Combined Settlement Statement**
**Final**

**Escrow No:** 17006177 - 003 JC1    **Close Date:** 10/24/2017    **Proration Date:** 10/24/2017    **Disbursement Date:**

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | 32.41 | Trash from 10/24/2017 to 1/1/2018 based on the Quarterly amount of $43.53 | 32.41 | |
| | 177.84 | Sewer from 10/24/2017 to 7/1/2018 based on the Annual amount of $259.20 | 177.84 | |
| | | **COMMISSIONS:** | | |
| 36,000.00 | | Commission | | |
| | | $18,000.00 (3% of $600,000.00) to Galindo Group Real Estate | | |
| | | $18,000.00 (3% of $600,000.00) to BHHS Nevada Properties | | |
| | | **PAYOFFS:** | | |
| 292,662.42 | | Payoff to Nationstar DBA Mr. Cooper | | |
| | |     Principal balance    280,747.13 | | |
| | |     Interest from 2/1/17 to 11/30/17    9,023.57 | | |
| | |     Lender Paid Expenses    180.00 | | |
| | |     Quote Fee    25.00 | | |
| | |     County Recording Fee    40.00 | | |
| | |     Escrow Advances    2,646.72 | | |
| 195,908.01 | | Payoff to Internal Revenue Service - Insolvency Unit | | |
| | |     Principal balance    163,033.97 | | |
| | |     Interest to 10/23/17    32,874.04 | | |
| 10,000.00 | | Payoff to Kaempfer Crowell | | |
| | |     Principal balance    10,000.00 | | |
| 546,455.04 | 601,241.73 | Sub Totals | 603,072.73 | 603,181.65 |
| 54,786.69 | | Proceeds Due Seller    Refund Due Buyer | 108.92 | |
| 601,241.73 | 601,241.73 | Totals | 603,181.65 | 603,181.65 |