Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
Email: kortiz@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: November 3, 2017*

*Counsel for Victoria Nelson, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

DORON MASHAL and SHIRAH GOODMAN-MASHAL,

  Debtors.

Case No.  BK-S-17-12731-ABL
Chapter 7

**NEGATIVE NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY PURSUANT TO 11 U.S.C. § 554**

Date of Hearing:    N/A
Time of Hearing:    N/A

Judge: Honorable August B. Landis[1]

## "NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING"

**PURSUANT TO LR 9014.1, THE COURT WILL CONSIDER THE TRUSTEE'S NOTICE OF INTENT TO ABANDON THE PERSONAL PROPERTY SET FORTH BELOW WITHOUT FURTHER NOTICE OF HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MAY FILE YOUR OBJECTION AT THE BANKRUPTCY CLERK'S OFFICE LOCATED IN LAS VEGAS AT THE UNITED STATES BANKRUPTCY COURT, 300 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NEVADA 89101, AND SERVE A COPY ON THE TRUSTEE AND ANY OTHER APPROPRIATE PERSONS.  IT IS THE DUTY OF THE OBJECTING PARTY TO TIMELY SET THE OBJECTION FOR A HEARING AND PROPERLY NOTICE ALL PARTIES IN INTEREST.  IF**

---

[1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP."  The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules".

-1-

**YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, AN ORDER GRANTING THE REQUESTED RELIEF MAY BE ENTERED BY THE COURT WITHOUT FURTHER NOTICE OF HEARING.**

Victoria Nelson, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"), by and through her counsel of record, Jacob L. Houmand, Esq. and Kyle J. Ortiz, Esq. of the Houmand Law Firm, Ltd., seeks to abandon the following property pursuant to 11 U.S.C. § 554:

> The membership interest of Doran Mashal and Shirah Goodman-Mashal in It's About Time, LLC ("IAT") and any personal property owned by IAT.

If you object to the relief requested in this Notice, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, Attn: Bankruptcy Court Clerk's Office, 300 Las Vegas Blvd., Las Vegas, Nevada 89101, and serve a copy on the Trustee, or her counsel, and any other appropriate person.

It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

**NOTICE IS FURTHER GIVEN** that in the event you file an opposition, the opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

Dated this 3rd day of November, 2017.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Kyle J. Ortiz*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Victoria Nelson, Chapter 7 Trustee*