Nicholas Strozza
Assistant United States Trustee
State Bar # CA 117234
*Nick.Strozza@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
Facsimile:  (702) 388-6658

Attorneys for the United States Trustee
     TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>**DORON MASHAL AND<br>SHIRAH GOODMAN-MASHAL,**<br><br>                  Debtor(s). | Case No. **BK-S-17-12731 ABL**<br>Chapter 7<br><br>Date:   N/A<br>Place:  N/A<br>Time:   N/A |

### APPOINTMENT OF SHELLEY D. KROHN AS SUCCESSOR TRUSTEE AND DESIGNATION OF BOND

     Pursuant to 11 U.S.C. § 703 and upon the death of trustee Victoria Nelson, the United States Trustee hereby appoints **Shelley D. Krohn** to serve as successor trustee in the case identified in the caption above.  The blanket bond for Chapter 7 trustees, previously on file with the Court, is designated as the required bond for this case.  By the filing of this appointment, **Victoria Nelson** is terminated as the trustee in this case.

     Dated:  January 19, 2018

                                       Respectfully Submitted,
                                       TRACY HOPE DAVIS
                                       THE UNITED STATES TRUSTEE

                                       By: */s/ Nicholas Strozza*
                                            Nicholas Strozza
                                            Assistant United States Trustee