```
SHELLEY D. KROHN
E-mail: Shelley@TrusteeKrohn.com
510 S. 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 421-2210
Facsimile: (702) 366-1939
```

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\*\*\*\*\*

| | |
|---|---|
| In re: | ) CASE NO. BK-S-17-12731-abl |
| | ) CHAPTER 7 |
| DORON MASHAL | ) |
| SHIRAH GOODMAN-MASHAL, | ) |
| | ) |
| Debtors. | ) |

**TRUSTEE'S ACCOUNT OF FORMER TRUSTEE, VICTORIA L. NELSON**

SHELLEY D. KROHN, TRUSTEE of the above-entitled bankruptcy estate, files this account of the assets, receipts and disbursements administered by former Trustee, Victoria L. Nelson, for the period of March 23, 2017 (date the Debtors' voluntary petition was filed) to January 19, 2018 (date of appointment of Shelley D. Krohn) This account is being filed pursuant to Fed. R. Bankr. P. 2012(b) and Chapter 7 Trustee Handbook, Section 2(I).

I have received the net amount of $14,690.61.

Attached hereto are the following reports prepared by the undersigned:

Attached Form 1- Accounting of Assets.

Attached Form 2- Receipts and Disbursement Report.

Dated this 14th day of February, 2018.

_____
SHELLEY D. KROHN, TRUSTEE

2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case No.: 17-12731  
Case Name: MASHAL, DORON  
GOODMAN-MASHAL, SHIRAH  
For Period Ending: 02/14/2018

Trustee Name: (480070) Shelley D. Krohn  
Date Filed (f) or Converted (c): 05/23/2017 (f)  
§ 341(a) Meeting Date:  
Claims Bar Date: 10/16/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 424 St. Andrews Court, Las Vegas, NV 89144-0000, Clark County<br>Single-family home. Entire property value: $1,889,688.00 | 1,889,688.00 | 255,008.00 | | 0.00 | FA |
| 2 | 10710 HobbitonAve., Las Vegas, NV 89144-0000, Clark County<br>Single-family home. Entire property value: $729,000.00 | 729,000.00 | 161,188.00 | | 601,242.65 | FA |
| 3 | 2015 Land Rover Range Rover Sport<br>Leased Vehicle/Surrendering. Entire property value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2016 ti Quattroporte<br>Leased vehicle/Surrendering. Entire property value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2011 BMW 328i Sedan SA, 80199 miles<br>Entire property value: $9,551.00 | 9,551.00 | 0.00 | | 0.00 | FA |
| 6 | 2008 Mecedez ML 350, 90000 miles<br>Daughter drives this vehicle. Entire property value: $8,757.00 | 8,757.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods and Furnishings | 11,815.00 | 0.00 | | 0.00 | FA |
| 8 | Electronics | 3,325.00 | 0.00 | | 0.00 | FA |
| 9 | Collectibles of value | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Roland Keyboard | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Exercise, Hobby Equipment, and Carpentry Tools | 370.00 | 0.00 | | 0.00 | FA |
| 12 | 9mm S&W | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Clothing (no resale value) | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Assorted Costume Jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 15 | Two Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Cash | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Joint Checking ending 1033: Bank of America | 314.00 | 0.00 | | 0.00 | FA |
| 18 | Joint Checking ending 9368: Bank of America | 31.61 | 0.00 | | 0.00 | FA |
| 19 | Child's account held in name of Jordan Mashal: Bank of America | 118.91 | 0.00 | | 0.00 | FA |
| 20 | checking account ending 1928: Bank of George | 3,459.50 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case No.: 17-12731
Case Name: MASHAL, DORON
GOODMAN-MASHAL, SHIRAH

For Period Ending: 02/14/2018

Trustee Name: (480070) Shelley D. Krohn
Date Filed (f) or Converted (c): 05/23/2017 (f)
§ 341(a) Meeting Date:
Claims Bar Date: 10/16/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Online account for Cyberopticslenses: Paypal | 5.00 | 0.00 | | 0.00 | FA |
| 22 | Online account for FreeportLT: Paypal | 746.00 | 0.00 | | 0.00 | FA |
| 23 | Online account for Dango94: Paypal | 31.00 | 0.00 | | 0.00 | FA |
| 24 | Millennium Foto, Inc. (closed 03/14; revoked 8/31/14), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Vegas Foto, Inc. (closed 11/16; defaulted 12/31/16), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Boulevard Cameras, Inc. (closed, 07/16; defaulted 02/28/17), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Camera Zone, Inc. (closed 02/17), 100% ownership | Unknown | 0.00 | | 0.00 | FA |
| 28 | Nonpublic stock and businesses: Bet Yossef Community Center of Las Vegas, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Digital World, LLC (closed 04/16; defaulted 02/28/17), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 30 | It's About Time, LLC, 100% ownership<br>Trustee Nelson memo<br>Dkt. #109 | 0.00 | 0.00 | OA | 0.00 | FA |
| 31 | It's About Time Flamingo, LLC (defaulted 03/31/16, Closed 03/2016), 100% ownership<br>Trustee Nelson memo<br>Dkt. #109 | 0.00 | 0.00 | OA | 0.00 | FA |
| 32 | JM7 LLC (no activity), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Nonpublic stock and businesses: Mont Noir LLC (no activity) | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Electric Deposit: NV Energy | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Mont Noir Trade Mark | 0.00 | 0.00 | | 0.00 | FA |
| 36 | Restitution from Kristine Renee Nelson (currently incarcerated, not collectible) | 182,778.03 | 182,778.03 | | 0.00 | FA |
| 37 | Business Appraisal(s) of which: $21,667.00 for It's About Time, LLC $37,000.00 for Boulevard Camera's, Inc. (approximately) $21,000.00 for Vegas Foto, Inc. (approximately) $14,000.00 for Digital World, LLC (approximately) $35,000.00 for Camera Zone, Inc. (approximately) $19,000.00 for Millennium Foto, Inc. (approximately) | 148,322.00 | 0.00 | | 0.00 | FA |
| 37 | **Assets Totals (Excluding unknown values)** | **$2,990,812.05** | **$598,974.03** | | **$601,242.65** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

Case No.: 17-12731
Case Name: MASHAL, DORON
GOODMAN-MASHAL, SHIRAH

For Period Ending: 02/14/2018

Trustee Name: (480070) Shelley D. Krohn
Date Filed (f) or Converted (c): 05/23/2017 (f)
§ 341(a) Meeting Date:
Claims Bar Date: 10/16/2017

**Major Activities Affecting Case Closing:**

We are successor Trustee

Does not appear that claims have been reviewed yet

Review claims then file TFR

Trustee Nelson memo

Cont. to July 14 at 10:00 a.m. Attorney in a Family Reunion.

Case concluded as an asset. Will sell 2nd property and work out equity on primary home. Filed notice of assets to file claims.

The Trustee has reviewed the documents provided by the Debtors and the bankruptcy schedules and has concluded that the following assets can potentially be available to administer for creditors:

(1) There is personal property owned by the Its About Time, LLC (IAT), a Nevada limited liability company in which the Debtors own a one hundred percent membership interest. While Nevada State Bank and Bank of America, N.A. hold perfected security interests in the personal property owned by other entities in which the Debtors hold membership interests, there are approximately $20,000 in watches owned by IAT that appear to be unencumbered. The Trustee is negotiating the terms of a stipulation with Nevada State Bank and Bank of America, N.A. that will authorize relief from the automatic stay and the Trustee to liquidate the watches.

(2) There is equity in the real property located at Hobbiton Avenue that was an investment property owned by the Debtors. There are two judgment liens recorded against the property that appear to not be properly perfected because an affidavit of judgment creditor was not filed at the same time as the recording of the judgment pursuant to N.R.S. 17.150. Counsel for the Trustee has reached out to these judgment lien holders to determine if they would be willing to negotiate a settlement whereby the amount of their secured lien would be reduced to limit administrative fees and create additional equity that can be used to pay creditors. There is also a sizable lien recorded in favor of the I.R.S. Counsel for the Trustee has also contacted counsel for the I.R.S. to determine if they would stipulate to subordinate their claim pursuant to 11 U.S.C. 724(b).

(3) There may be equity in the Debtor's primary residence in excess of the secured liens and the allowed homestead exemption. The Trustee will arrange for an appraisal or for a real estate agent to inspect the property to obtain a fair market value.

(4) The Trustee is also reviewing the financial records of the Debtors to determine if there are avoidance actions that can be commenced for the benefit of creditors.

Counsel for the Trustee has been informed that Canon has agreed to remove their judgment lien recorded against the Hobbiton property. The Trustee has also negotiated a settlement with the Shoppes At Palazzo whereby they will reduce their secured claim from approximately $60,000 to $10,000. The Trustee will prepare a motion to approve compromise to obtain court approval of the settlement agreement with the Shoppes At Palazzo.

Counsel for the Trustee has also been informed by the I.R.S. that they are willing to stipulate to allow the sale of the Hobbiton property to be accomplished free and clear of liens with the Trustee reserving the right to subordinate the secured claim of the I.R.S. pursuant to 11 U.S.C. 724(b).

Finally, counsel for the Trustee has obtained an agreement by counsel for Bank of America and Nevada State Bank to liquidate the personal property owned by various entities of the Debtors. The sale of this personal property would be accomplished with each party reserving their respective rights to assert that they may be entitled to the proceeds.

Motion to Sell Free and Clear of Liens Under Section 363(f)the Real Property Located At 10710 Hobbiton

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case No.:** 17-12731  
**Case Name:** MASHAL, DORON  
GOODMAN-MASHAL, SHIRAH  
**For Period Ending:** 02/14/2018

**Trustee Name:** (480070) Shelley D. Krohn  
**Date Filed (f) or Converted (c):** 05/23/2017 (f)  
**§ 341(a) Meeting Date:**  
**Claims Bar Date:** 10/16/2017

Avenue, Las Vegas, Nevada 89144-0000 filed Dkt. #71.

Trustee filed Report of Sale of the Real Property Located At 10710 Hobbiton Avenue, Las Vegas, Nevada 89144 Dkt. #97 on 11/2/2017.

Abandonment filed 12/11/2017 Dkt. #109.

**Current Projected Date Of Final Report (TFR):** 05/23/2019  
**Initial Projected Date Of Final Report (TFR):** 05/23/2019

| 02/14/2018 | /s/Shelley D. Krohn |
|---|---|
| Date | Shelley D. Krohn |

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 17-12731 | | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|---|
| Case Name: | MASHAL, DORON GOODMAN-MASHAL, SHIRAH | | Bank Name: | Pinnacle Bank |
| | | | Account #: | ******0273 Checking Account |
| Taxpayer ID #: | **-***8991 | | Blanket Bond (per case limit): | $46,257,863.00 |
| For Period Ending: | 02/14/2018 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/26/17 | | National Title Co. Escrow Trust Account , SSIS S Pecos Road 11204 | Sale of Real Property. | | 54,787.61 | | 54,787.61 |
| | {2} | | . $601,241.73 | 1110-000 | | | 54,787.61 |
| | | | Escrow Fee to National Title Co -$875.00 | 2500-000 | | | 54,787.61 |
| | | | CLTA Owner's Policy to National Title -$2,040.00 | 2500-000 | | | 54,787.61 |
| | | | Recording Fees to National Title -$160.00 | 2500-000 | | | 54,787.61 |
| | | | County Transfer Tax to National Title -$3,060.00 | 2820-000 | | | 54,787.61 |
| | | | Broker Transaction Fee to BHHS Nevada Properties -$500.00 | 2500-000 | | | 54,787.61 |
| | | | Clark County Lien to Clark County Treasurer -$230.00 | 2500-000 | | | 54,787.61 |
| | | | HOA Master Assoc. Demand Fee to Howard Hughes Properties -$125.00 | 2500-000 | | | 54,787.61 |
| | | | HOA Master Assoc. Dues to Summerlin South Community Assoc. -$166.00 | 2500-000 | | | 54,787.61 |
| | | | HOA Master Assoc. Transfer Fee to Howard Hughes Properties -$200.00 | 2500-000 | | | 54,787.61 |
| | | | HOA Sub Assoc. Demand Fee Reimbursement to Shapiro & Sher -$150.00 | 2500-000 | | | 54,787.61 |
| | | | HOA Sub Assoc. Transfer Fee to Prime Community Management -$250.00 | 2500-000 | | | 54,787.61 |
| | | | HOA Sub Assoc. Dues to Willow Creek Community Assoc. -$1,382.00 | 2500-000 | | | 54,787.61 |
| | | | Reimbursement HOA Resale Packages to Shapiro & Sher | 2500-000 | | | 54,787.61 |

Page Subtotals: $54,787.61 $0.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 17-12731 | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | MASHAL, DORON GOODMAN-MASHAL, SHIRAH | Bank Name: | Pinnacle Bank |
| | | Account #: | ******0273 Checking Account |
| Taxpayer ID #: | **-***8991 | Blanket Bond (per case limit): | $46,257,863.00 |
| For Period Ending: | 02/14/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Group -$355.00 | | | | |
| | | | Reimbursement Yardscapes to Maureen Robison -$337.70 | 2500-000 | | | 54,787.61 |
| | | | Reimbursement 3 Pool Cleaning to Shapiro & Sher -$255.00 | 2500-000 | | | 54,787.61 |
| | | | Reimbursement for water bill to Shapiro & Sher -$79.20 | 2500-000 | | | 54,787.61 |
| | | | Reimbursement NV Energy to Maureen Robison -$561.89 | 2500-000 | | | 54,787.61 |
| | | | Reimbursement Zeigler Pool and Spa to Maureen Robison -$550.00 | 2500-000 | | | 54,787.61 |
| | | | Reimbursement Zeigler Pool and Spa to Maureen Robison -$305.00 | 2500-000 | | | 54,787.61 |
| | | | Sewer Fees to Clark County Water Reclamation -$259.20 | 2500-000 | | | 54,787.61 |
| | | | Trash Fees to Republic Services -$43.62 | 2500-000 | | | 54,787.61 |
| | | | Commission to Galindo Group Real Estate -$18,000.00 | 3510-000 | | | 54,787.61 |
| | | | Commission to BHHS Nevada Properties -$18,000.00 | 3510-000 | | | 54,787.61 |
| | | | Payoff to Nationstar DBA Mr. CVooper -$292,662.42 | 4110-000 | | | 54,787.61 |
| | | | Payoff to Internal Revenue Service -$195,908.01 | 4300-000 | | | 54,787.61 |
| | | | Payoff to Kaempfer Crowell -$10,000.00 | 4120-000 | | | 54,787.61 |
| | {2} | | Received $54,787.61 Settlement Statement shows $54,786.69 $0.92 | 1110-000 | | | 54,787.61 |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 17-12731 | Trustee Name: | Shelley D. Krohn (480070) |
| --- | --- | --- | --- |
| Case Name: | MASHAL, DORON GOODMAN-MASHAL, SHIRAH | Bank Name: | Pinnacle Bank |
| | | Account #: | ******0273 Checking Account |
| Taxpayer ID #: | **-***8991 | Blanket Bond (per case limit): | $46,257,863.00 |
| For Period Ending: | 02/14/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/02/17 | | Pinnacle Bank<br><br>150 Third Ave S<br>Nashville<br>TN 37201 | Pinnacle Analysis | 2600-000 | | 14.26 | 54,773.35 |
| 12/04/17 | | Pinnacle Bank<br><br>150 Third Ave S<br>Nashville , TN 37201 | Pinnacle Analysis | 2600-000 | | 85.56 | 54,687.79 |
| 12/22/17 | 1001 | Houmand Law Firm<br><br>9205 West Russell Road, Building 3<br>Las Vegas , NV 89148 | Per Court Order Dated 12/20/17 Dkt. #116. First and Final Application for Compensation. | 3210-000 | | 39,095.00 | 15,592.79 |
| 12/22/17 | 1002 | Houmand Law Firm<br><br>9205 West Russell Road, Building 3<br>Las Vegas , NV 89148 | Per Court Order Dated 12/20/17 Dkt. #116. First and Final Application for Expenses. | 3220-000 | | 828.92 | 14,763.87 |
| 12/27/17 | 1003 | International Sureties, LTD.<br><br>Suite 420<br>New Orleans , LA 70139 | Bond Payment | 2300-000 | | 6.78 | 14,757.09 |
| 01/08/18 | | Pinnacle Bank<br><br>150 Third Ave S<br>Nashville<br>TN 37201 | Pinnacle Analysis | 2600-000 | | 66.48 | 14,690.61 |

| Account | ******0273 Checking Account | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 54,787.61 | | 3 | Checks | 39,930.70 |
| 0 | Interest Postings | 0.00 | | 3 | Adjustments Out | 166.30 |
| | Subtotal | 54,787.61 | | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | | Total | 40,097.00 |
| 0 | Transfers In | 0.00 | | | | |
| | Total | 54,787.61 | | | | |

Page Subtotals:   $0.00   $40,097.00

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| Case No.: | 17-12731 |
| Case Name: | MASHAL, DORON GOODMAN-MASHAL, SHIRAH |
| Taxpayer ID #: | **-***8991 |
| For Period Ending: | 02/14/2018 |

| | |
|---|---|
| Trustee Name: | Shelley D. Krohn (480070) |
| Bank Name: | Pinnacle Bank |
| Account #: | ******0273 Checking Account |
| Blanket Bond (per case limit): | $46,257,863.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---|---|
| Net Receipts: | $54,787.61 |
| Plus Gross Adjustments: | $546,454.12 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $601,241.73 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0273 Checking Account | $54,787.61 | $40,097.00 | $14,690.61 |
| | $54,787.61 | $40,097.00 | $14,690.61 |