**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: MASHAL, DORON<br>    GOODMAN-MASHAL, SHIRAH<br><br>    Debtor(s) | §<br>§<br>§<br>§ | Case No. 17-12731 |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Shelley D. Krohn</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court Clerk
300 Las Vegas Blvd. South
Las Vegas, NV 89101

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

   Pursuant to LR 9014.1, the court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, or in Reno at the United States Bankruptcy Court, 300 Booth Street, Reno, NV 89509, and serve a copy on the movant's attorney and any other appropriate persons.

   IT IS THE DUTY OF THE OBJECTING PARTY to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

Date Mailed: <u>03/27/2018</u>                    By: /s/ Shelley D. Krohn
                                                               Trustee

Shelley D. Krohn
510 S. 8th Street
Las Vegas, NV 89101
(702) 421-2210
Shelley@TrusteeKrohn.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: MASHAL, DORON  §  Case No. 17-12731
   GOODMAN-MASHAL, SHIRAH  §
       §
       §
   Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 601,242.65 |
| *and approved disbursements of:* | $ 586,562.04 |
| *leaving a balance on hand of[1]:* | $ 14,680.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,680.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - The Estate of Vistoria Nelson | 33,312.13 | 0.00 | 14,498.11 |
| Trustee, Expenses - The Estate of Victoria Nelson | 5.25 | 0.00 | 5.25 |
| Trustee, Expenses - Shelley D. Krohn | 177.25 | 0.00 | 177.25 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 14,680.61 |
| Remaining balance: | $ 0.00 |

  [1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $806,773.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE ATTN: BANKRUPTCY DEPT/MANAGING AGENT | 326,353.70 | 0.00 | 0.00 |
| 4P | INTERNAL REVENUE SERVICE ATTN: BANKRUPTCY DEPT/MANAGING AGENT | 326,353.70 | 0.00 | 0.00 |
| 5P | STATE OF NEVADA DEPARTMENT OF TAXATION | 154,065.81 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,455,762.47 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | CANON USA INC. C/O CALEB J. LANGSDALE, ESQ. LANGSDALE LAW FIRM | 19,991.91 | 0.00 | 0.00 |
| 4U | INTERNAL REVENUE SERVICE ATTN: BANKRUPTCY DEPT/MANAGING AGENT | 53,085.00 | 0.00 | 0.00 |
| 4-2 | INTERNAL REVENUE SERVICE ATTN: BANKRUPTCY DEPT/MANAGING AGENT | 53,085.00 | 0.00 | 0.00 |
| 5U | STATE OF NEVADA DEPARTMENT OF TAXATION | 27,776.05 | 0.00 | 0.00 |
| 6 | SAKAR INTERNATIONAL INC. | 16,520.00 | 0.00 | 0.00 |
| 7 | TD Bank, USA by American InfoSource LP as agent | 4,723.80 | 0.00 | 0.00 |
| 8 | Navient Solutions, LLC on behalf of Department of Education Loan Services | 138,171.96 | 0.00 | 0.00 |
| 9 | KUPER CORP. | 22,000.00 | 0.00 | 0.00 |
| 10 | NEVADA STATE BANK A DIVISION ZB, NA | 73,710.07 | 0.00 | 0.00 |
| 11 | NEVADA STATE BANK A DIVISION ZB, NA | 114,570.46 | 0.00 | 0.00 |
| 12 | NEVADA STATE BANK A DIVISION ZB, NA | 252,063.65 | 0.00 | 0.00 |
| 13 | MULCO WATCHES INC. | 12,785.24 | 0.00 | 0.00 |
| 14 | WILLOW CREEK COMMUNITY ASSOCIATION | 626.00 | 0.00 | 0.00 |
| 15 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP | 76,197.42 | 0.00 | 0.00 |
| 16 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP | 8,760.53 | 0.00 | 0.00 |
| 17 | SANDERS FAMILY TRUST | 177,226.42 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 18 | CAVALRY SPV I, LLC BASS & ASSOCIATES, P.C. | 11,957.27 | 0.00 | 0.00 |
| 19 | CAVALRY SPV I, LLC BASS & ASSOCIATES, P.C. | 3,873.62 | 0.00 | 0.00 |
| 20 | Bank of America, N.A.\ c/o Holland & Hart LLP | 386,003.37 | 0.00 | 0.00 |
| 21 | Department Stores National Bank | 2,317.34 | 0.00 | 0.00 |
| 22 | Department Stores National Bank | 317.36 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $46,000.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 23 | THE SHOPPES AT THE PALAZZO, LLC c/o Kaempfer Crowell Attn: Bryan Viellion | 46,000.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ Shelley D. Krohn
Trustee

Shelley D. Krohn
510 S. 8th Street
Las Vegas, NV 89101
(702) 421-2210
Shelley@TrusteeKrohn.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**